# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KARL JOHNSON

NO. 2023 KW 0377

**APRIL 20, 2023**

---

In Re: Karl Johnson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-19-0563.

---

**BEFORE: WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**JEW**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sn*

DEPUTY CLERK OF COURT
FOR THE COURT